FILED

MAR - 7 2013

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR USE OF AN INTERSTATE FACILITY
IN AID OF RACKETEERING

UNITED STATES OF AMERICA :
: CRIMINAL NO. 13-31-JJB-RLB
versus :
: 18 U.S.C. § 1952(a)(3)
MICHAEL S. PROCELL :

### THE UNITED STATES ATTORNEY CHARGES:

On or about June 23, 2008, in the Middle District of Louisiana, **MICHAEL S. PROCELL**, defendant herein, used a facility in interstate commerce, namely, a telephone, with intent to promote manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, namely, public bribery in violation of Title 14, Louisiana Revised Statutes, Section 118, and thereafter performed and attempted to perform an act to promote manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of said unlawful activity, in that, on June 24, 2008, defendant **PROCELL** accepted $800 in cash from a local businessman.

The above is a violation of Title 18, United States Code, Section 1952(a)(3).

UNITED STATES OF AMERICA, by

Date: 3-7-13

DONALD J. CAZAYOUX, JR.
United States Attorney
Middle District of Louisiana

M. PATRICIA JONES
Assistant U.S. Attorney

| | Criminal Cover Sheet | U.S. District Court |
|---|---|---|

**Place of Offense:**  Matter to be sealed: ✘ No  ☐ Yes

City        Baton Rouge         Related Case Information:

County/Parish East Baton Rouge

Superseding Indictment _____  Docket Number _____
Same Defendant _____    New Defendant _____
FBI - Dave Clark                Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    Michael S. Procell
Alias
Address:
Birthdate:       SS #:        Sex:      Race:       Nationality:

**U.S. Attorney Information:**

AUSA: M. Patricia Jones                            Bar #: 18543

**Interpreter:** ☒ No  ☐ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:   1       ☐ Petty    ☐ Misdemeanor   ✘ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| set 1 | Title 18 USC § 1952(a)(3) | Use of an interstate facility in aid of racketeering | 1 |
| set 2 | | | |
| set 3 | | | |
| set 4 | | | |

(May be continued on second sheet)

Date: _____   **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____