# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 13-31-JJB-RLB |
| -vs- | AUSA: M. Patricia Jones |
| MICHAEL S. PROCELL | Deft. Atty.: J. Christopher Alexander |
| | Deft. Atty.: S. Stephen Spring |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | July 2, 2013 |
| DEPUTY CLERK: | Joan Sheets-Launey | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Lynn Guillot |

## CLERK'S MINUTES
### Rule 5 Hearing and Arraignment

The defendant was sworn, advised of his rights and the purpose of this hearing.

The defendant was informed of the charges pending against him.

The government did not move for detention of the defendant.

The defendant will be release on his own recognizance with special conditions.

The defendant agreed to go forward with the arraignment this date.

The defendant was informed of the maximum possible penalties.

The defendant entered a plea of NOT GUILTY to the Indictment.

The court accepted the defendant's plea of NOT GUILTY and will issue a scheduling order.

The defendant was released on his own recognizance with special conditions.

\* \* \* \* \*
*RLB*

C: cr23; T:00:10
C: cr1; T:00:05