UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

**UNITED STATES' REQUESTED VOIR DIRE QUESTIONS**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America which respectfully requests, pursuant to Rule 24(a)(2)(B), Fed. R. Crim. P., that the Court ask prospective jurors the following questions in addition to the Court's standard *voir dire* questions:

1. In conducting criminal investigations, it is legal, proper, and sometimes necessary to secretly record conversations with the consent of only one party to the conversation. During the course of this trial, the United States may introduce into evidence secretly recorded conversations. In other words, these conversations were recorded with the consent of one of the participants to the conversation, but without the knowledge and consent of the other participants.

   a. Do any of you believe that Government agents should not be allowed to secretly record conversations?

   b. Would you have any reservations about returning a verdict of guilty solely because the Government secretly recorded conversations?

2. If selected as a juror in this case, it is your duty to find the facts from all of the evidence. You must apply the law as I give it to those facts. You have no right to disregard, or to question the wisdom or correctness of, any rule of law I may state to you. You must not

substitute or follow your own notion as to what the law is or ought to be. It will be your duty to apply the law as I give it to you, regardless of the consequences. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathies. That means you must decide the case solely on the evidence before you.

  a. Can and will you do this?

  b. Do you have any beliefs (religious, philosophical, or otherwise) that may interfere with your obligation to apply the law as I give it to you?

3. This is a criminal case, and the United States must prove the guilt of the defendant beyond a reasonable doubt. Do you understand that the United States' burden is proof beyond a reasonable doubt and that the United States is <u>not</u> required to prove the defendant's guilt beyond <u>all possible</u> doubt? Can and will you accept your responsibility as a juror in this case and apply the reasonable doubt standard given to you by the Court?

4. Do you understand that, while the defendant begins the trial with the presumption of innocence intact, i.e., with a clean slate, the presumption can be overcome by proof of guilt beyond a reasonable doubt?

5. If, during your deliberations, you have some doubt about whether the United States has proven its case, will you discuss your doubts with your fellow jurors with the idea of resolving them and deciding the issue, one way or the other?

6. If you believe that the United States has proven the defendant's guilt beyond a reasonable doubt, will you deliver a verdict of guilty, regardless of the consequences to the defendant?

7. Do any of you have any beliefs, religious, ethical or otherwise, that would cause you any reservations in returning a verdict of guilty?

8. Do any of you have any beliefs religious, ethical or otherwise that would make it difficult for you to sit in judgment of another person?

        UNITED STATES OF AMERICA, by

        J. WALTER GREEN
        ACTING UNITED STATES ATTORNEY


        s/ M. Patricia Jones
        M. Patricia Jones, LBN 18543
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0561
        E-mail: patricia.jones4@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the United States' Requested Voir Dire Questions was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to defense counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 20th day of August, 2013.

                                s/ M. Patricia Jones
                                M. Patricia Jones
                                Assistant United States Attorney