UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

## MOTION TO ENROLL COUNSEL

The United States of America hereby moves this Court to enroll Reginald E. Jones, Assistant U. S. Attorney, U.S. Attorney's Office, 777 Florida Street, Ste. 208, Baton Rouge, LA 70801, Telephone (225) 389-0443, reginald.jones2@usdoj.gov, as additional counsel to M. Patricia Jones, Assistant U. S. Attorney, United States Attorney's Office, in this criminal action.

WHEREFORE, the United States prays for the entry of an order enrolling Reginald E. Jones as additional counsel for the United States in this action.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
ACTING UNITED STATES ATTORNEY


/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: patricia.jones4@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2013, a copy of the foregoing Motion to Enroll Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to defense counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 21st day of August, 2012.

/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Assistant United States Attorney

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

**ORDER**

The United States of America's *Motion to Enroll Counsel* considered, and for good cause shown,

IT IS ORDERED that Reginald E. Jones, Assistant U. S. Attorney, U.S. Attorney's Office, 777 Florida Street, Ste. 208, Baton Rouge, LA 70801, Telephone (225) 389-0443, reginald.jones2@usdoj.gov, is hereby enrolled as additional counsel with M. Patricia Jones, Assistant U. S. Attorney, for the United States of America.

Baton Rouge, Louisiana this _____ day of August, 2013.

_____
HONORABLE JAMES J. BRADY
UNITED STATES DISTRICT COURT