# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

**UNITED STATES' MOTION AND INCORPORATED MEMORANDUM
FOR PRE-TRIAL HEARING TO AUTHENTICATE
AUDIO AND VIDEO RECORDINGS**

NOW INTO COURT, through the undersigned Assistant United States Attorneys, comes the United States of America which moves the Court as follows:

1.

Defendant Michael S. Procell is charged by bill of information with use of an interstate facility in aid of racketeering in violation of 18 U.S.C. § 1952(a)(3).

2.

Trial is scheduled for October 15, 2013.

3.

At trial, the United States will introduce audio and video recordings of telephone and in-person conversations between defendant and a local business owner who was cooperating with the Federal Bureau of Investigation (FBI).

4.

Pursuant to Rule 901 of the Federal Rules of Evidence, the tape recordings must be authenticated in order to be admissible during the trial. See also United States v. Biggins, 551 F.2d 64 (5th Cir. 1977).

5.

Defendant has submitted to the Court, in connection with a motion to continue a previous trial setting, an affidavit from a forensic expert suggesting that the Government's recordings may be "inauthentic." See Defendant's Motion to Continue Trial Date with Incorporated Memorandum in Support, Rec. Doc. No. 16, Exhibit A.

6.

Under Rule 104(a), Fed. R. Evid., the Court must decide factual issues regarding the authentication of the recordings.

7.

Resolution of the authentication issue at a pre-trial hearing would expedite the trial.

**WHEREFORE**, the United States respectfully requests a pre-trial hearing on the issue of the authenticity of the audio and video recordings which the United States intends to introduce at trial.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
ACTING UNITED STATES ATTORNEY

/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Reginald E. Jones, MSBN 102806
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: patricia.jones4@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2013, a copy of the foregoing United States' Motion and Incorporated Memorandum for Pre-Trial Hearing to Authenticate Audio and Video Recordings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to defense counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 12th day of September, 2013.

/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Assistant United States Attorney

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

**ORDER**

In consideration of the foregoing United States' Motion for Pre-Trial Hearing to Authenticate Audio and Video Recordings,

IT IS HEREBY ORDERED that a pre-trial hearing is scheduled for the _____ day of _____, 2013, at _____ __.m. for the Court to consider the authenticity of audio and video recordings intended to be introduced as evidence at trial by the United States.

DATED AND SO ORDERED this ___ day of _____, 2013, at Baton Rouge, Louisiana.

_____
HONORABLE JAMES J. BRADY
UNITED STATES DISTRICT JUDGE