| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Petitioner*<br><br>v.<br><br>MICHAEL S. PROCELL<br>*Defendant* | CRIMINAL DOCKET NO.: 13-31-JJB-RLB<br>JUDGE: JAMES JOSEPH BRADY<br>MAGISTRATE: RICHARD LEWIS BOURGEOIS, JR. |

### DEFENDANT'S UNOPPOSED MOTION TO ORDER APPEARANCE OF EXPERT JAMES M. ATKINSON

**NOW INTO COURT**, through undersigned counsel, comes the Defendant herein, **Michael S. Procell**, who files this Unopposed Motion to Order the Appearance of Defendant's Expert, Mr. James M. Atkinson and who, with respect to same, does hereby respectfully aver, depose, attest, state, and claim as follows:

**DEFENDANT MICHAEL S. PROCELL** hereby moves this Honorable Court for an Order directed unto Mr. James M. Atkinson for the purpose of aiding Mr. Atkinson's appearance at the United State's "Hearing to Authenticate Audio and Video Recordings" as scheduled before this Court on Wednesday, September 18, 2013, at 10:00 AM CST [Rec. Doc. 21].

**IN SUPPORT OF THIS REQUEST**, Defendant and his counsel submit their expert witness, Mr. James M. Atkinson, is a disabled Veteran residing in Rockport, Massachusetts, and the Order requested herein is necessary for all of the following reasons:

1. Mr. Atkinson is medically disabled as specifically diagnosed by the U.S. Veteran's Administration.

2. On or about September 10, 2013, Mr. Atkinson sustained a physical injury to his left knee and right ankle, all as shown and reflected in Exhibit "A," attached and annexed hereunto.

**3.** Airline tickets have been purchased for Mr. James Atkinson's travel to attend the hearing on Wednesday, September 18, 2013, before this Court.

**4.** Defendant requests an order by this Court directed unto Mr. Atkinson confirming his attendance at the said hearing.

**5.** It is understood by Defendant's undersigned counsel that the proposed Order for Defendant's expert is requested in order to facilitate aid and assistance from the Veteran's Administration, insuring Atkinson's transportation to and from his home and Boston's Logan International Airport.

**6.** In addition, it is undersigned counsel's understanding that the proposed Order, if executed by the Court, may also be used to facilitate medical treatment from the New Orleans' area Veteran's Administration should Mr. Atkinson require medical assistance while in Baton Rouge.

**7.** Attached and incorporated herein as Exhibit "A" is Atkinson's VA medical record detailing the injury sustained, diagnosis, prognosis, and recommended patient action of not walking, all of which form the predicate for this request for an Order.

**8.** Mr. Procell's undersigned counsel have communicated with the Assistant U.S. Attorney, and the Government's counsel have no objection to the Court granting this proposed Order.

**WHEREFORE**, in consideration of the above and foregoing Unopposed Motion to Order the Appearance of Defendant's Expert, Mr. James M. Atkinson, the Defendant herein, **Michael S. Procell**, now respectfully moves this Honorable Court to sign the attached Order for the purpose of aiding the appearance of Defendant's expert witness, Mr. James M. Atkinson.

*IT IS SO MOVED.*

SIGNATURES ON NEXT PAGE.

Respectfully Submitted,

**LAW OFFICE OF J. CHRISTOPHER ALEXANDER, SR., LLC**
Attorney and Counselor at Law


/S/ JOHN CHRISTOPHER ALEXANDER, SR., ESQ.
J. Christopher Alexander, Sr., Esq.
Louisiana Bar Roll No.: 26,591
3751 Government Street, Suite "A"
Baton Rouge, Louisiana 70806
225-761-9456 (telephone)
225-761-7899 (facsimile)
chris@jcalaw.us
Co-Counsel for Defendant

*and*

**SPRING & SPRING, LLC**
Attorneys at Law


/S/ STANLEY STEPHEN SPRING, II, ESQ.
S. Stephen Spring, II, Esq.
Louisiana Bar Roll Number: 12347
733 East Airport Avenue, Suite 104
Baton Rouge, Louisiana 70806
225.932.9671 (telephone)
413.451.8923 (facsimile)
springlaw@gmail.com
Co-Counsel for Defendant

CERTIFICATE OF SERVICE ON NEXT PAGE.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Unopposed Motion to Order the Appearance of Defendant's Expert, Mr. James M. Atkinson has been served upon the following counsel of record herein:

>**AUSA Mary Patricia Jones, Esq.**
>United States Attorney's Office
>Middle District of Louisiana
>777 Florida Street, Suite 208
>Baton Rouge, Louisiana 70801
>225-389-0443 (telephone)
>225-389-0561 (facsimile)
>patricia.jones4@usdoj.gov
>
>**AUSA Reginald E. Jones, Esq.**
>United States Attorney's Office
>Middle District of Louisiana
>777 Florida Street, Suite 208
>Baton Rouge, Louisiana 70801
>225-389-0443 (telephone)
>225-389-0561 (facsimile)
>reginald.jones2@usdoj.gov

**I FURTHER CERTIFY** that the foregoing service was effected via delivery of this self-same document into the Court's electronic filing system, which delivery does thereby fulfill counsel's duty to provide notice to all parties herein, and which filing was made on this the 16th day of September, 2013, from the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

        /s/ JOHN CHRISTOPHER ALEXANDER, SR., ESQ.
        J. Christopher Alexander, Sr., Esq.