UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
SEPTEMBER 18, 2013
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

MICHAEL S. PROCELL

CRIMINAL

NO. 13-31-JJB-RLB

This matter came on this day for an evidentiary hearing on the United States' Motion for Hearing to Authenticate Audio and Video Recordings (doc. no. 20).

PRESENT: M. Patricia Jones, Esq.
Counsel for United States

John Christopher Alexander, Sr., Esq.
Stanley Stephen Springs, II, Esq.
Counsel for the Defendant

David Brooks Clark is sworn and testify on behalf of the United States.

Exhibits filed.

The United States rests.

James Atkinson is sworn and testifies on behalf of the defendant.

The defendant rests.

Exhibits filed.

For oral reasons given, the court finds that the tape recordings in Exhibits US1-4 accurately reproduced the conversations that took place and they are accurate, authentic and trustworthy, and may be admitted into the record.

Jury Trial is set for Tuesday, October 15, 2013, at 9:00 a.m. in Courtroom One.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

S.Thompson/reporter
c: CR 34a; T-4 hrs.