CR 13-31 JJB RLB
United States v. Michael Procell
Motion to Authenticate Hearing
September 18, 2013

Exhibit List

US Hrg. 1 - Chain of Custody Intercept Date 6/23/2008 at 4:00 pm
US Hrg. 2 - Chain of Custody Intercept Date 6/24/2008 at 10:30 am
US Hrg. 3 - Chain of Custody Intercept Date 6/24/2008 at 11:00 am
US Hrg. 4 - Stipulation
US Hrg. 5 - Affidavit of Forensic Analyst James M. Atkinson (filed into the record)
US Hrg. 6 - Affidavit of James M. Atkinson

US 1 T to 3 T - Transcripts

US 1-4 - Audio CD's

Procell 1 - (in globo) James M. Atkinson CV; James Atkinson Prior Certifications
Procell 2 - Letter to Patricia and Reginald Jones dated 9/5/2013