UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Petitioner*<br><br>v.<br><br>MICHAEL S. PROCELL<br>*Defendant* | CRIMINAL DOCKET NO.: 13-31-JJB-RLB<br>JUDGE: JAMES JOSEPH BRADY<br>MAGISTRATE: RICHARD LEWIS BOURGEOIS, JR. |

**DEFENDANT'S MOTION TO DISCLOSE EVIDENCE PURSUANT TO**
**FED. R. EVID. 404(B) WITH INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT**, through undersigned counsel, comes the Defendant herein, **Michael S. Procell**, who files this Motion to Disclose Evidence Pursuant to Fed. R. Evid. 404(b) with Incorporated Memorandum in Support and who, pursuant to F.R.E. 404(b)(2), United States v. Williams, 343 F.3d 423, 436 (5th Cir. 2003), and all other applicable rules and statutes, does hereby move this Honorable Court to order the disclosure of any and all evidence the United States has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief relative to Defendant Michael S. Procell:

1.     **DEFENDANT MICHAEL S. PROCELL** respectfully shows that the Government should be required pursuant to F.R.E. 404(b) to disclose any evidence it has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief relative to Defendant Michael S. Procell.

2.     **DEFENDANT FURTHER SHOWS** that since said evidence is only admissible as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake or accident and is not admissible to prove the character of a person to show that he acted in conformity therewith, Defendant Michael S. Procell requests that the Government advise him

and the Court of its intent to introduce Rule 404(b) evidence as well as the purpose of the introduction of said evidence, at this time and prior to trial, in order that Defendant Michael S. Procell may make proper objections to ensure the said evidence is in fact admissible under Fed. Rule Evid. 404 or any other applicable law and/or authority, and further to ensure the said evidence is restricted to its proper scope and that the jury would be so instructed, if necessary, pursuant to the requirements found in Fed. Rule Evid. 105. *See e.g.*, Huddleston v. United States, 485 U.S. 681, 689, 108 S.Ct. 1496, 99 L.Ed.2d 771 (1988), *as cited in* U.S. v. Painter, 12–87–JJB–SCR (M.D.La. 09/17/2013), --- F.Supp.2d ---, 2013 WL 5238484 at p. *5.

3.     **DEFENDANT MICHAEL S. PROCELL** further respectfully reserves his right to request a hearing, if necessary, on the admissibility of the disclosed and proffered evidence, and further reserves his rights to request a limiting instruction to the jury in the event that the Court permits the introduction of the said evidence for a limited and restrictive purpose such that the jury may only consider said evidence for the limited and restricted purpose for which it was admitted or any additional jury instruction which may be appropriate given the nature, type and kind of the evidence disclosed, proffered and determined to be admissible.

**WHEREFORE**, in consideration of the above and foregoing Motion to Disclose Evidence Pursuant to Fed. R. Evid. 404(b) with Incorporated Memorandum in Support, the Defendant herein, **Michael S. Procell**, now respectfully prays this Honorable Court order the pretrial disclosure at this time of any and all evidence it has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief as to Defendant Michael S. Procell, reserving unto him the right to request a hearing regarding the admissibility of same upon disclosure thereof and the further right to request a limiting instruction to the jury such that the jury may consider said evidence only for the limited and restricted purpose for which it was

admitted or for such other jury instruction as may be appropriate and proper, and for all other relief as may be allowed by law and/or equity.

*It Is So Moved.*

                                  Respectfully Submitted,

**LAW OFFICE OF J. CHRISTOPHER ALEXANDER, SR., LLC**
Attorney and Counselor at Law

/S/ JOHN CHRISTOPHER ALEXANDER, SR., ESQ.
J. Christopher Alexander, Sr., Esq.
Louisiana Bar Roll No.: 26,591
3751 Government Street, Suite "A"
Baton Rouge, Louisiana 70806
225-761-9456 (telephone)
225-761-7899 (facsimile)
chris@jcalaw.us
Co-Counsel for Defendant

*and*

**SPRING & SPRING, LLC**
Attorneys at Law

/S/ STANLEY STEPHEN SPRING, II, ESQ.
S. Stephen Spring, II, Esq.
Louisiana Bar Roll Number: 12347
733 East Airport Avenue, Suite 104
Baton Rouge, Louisiana 70806
225.932.9671 (telephone)
413.451.8923 (facsimile)
springlaw@gmail.com
Co-Counsel for Defendant

CERTIFICATE OF SERVICE ON NEXT PAGE.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Defendant's Motion to Disclose Evidence Pursuant to Fed. R. Evid. 404(b) with Incorporated Memorandum in Support, has been served upon the following counsel of record herein:

**Mary Patricia Jones, Esq.**
United States Attorney's Office
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
225-389-0443 (telephone)
225-389-0561 (facsimile)
patricia.jones4@usdoj.gov

**AUSA Reginald E. Jones, Esq.**
United States Attorney's Office
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
225-389-0443 (telephone)
225-389-0561 (facsimile)
reginald.jones2@usdoj.gov

I FURTHER CERTIFY that the foregoing service was effected via delivery of this self-same document into the Court's electronic filing system, which delivery does thereby fulfill counsel's duty to provide notice to all parties herein, and which filing was made on this the 3rd day of October, 2013, from the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

    /s/ JOHN CHRISTOPHER ALEXANDER, SR., ESQ.
    J. Christopher Alexander, Sr., Esq.