UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Petitioner*<br><br>*v.*<br><br>MICHAEL S. PROCELL<br>*Defendant* | CRIMINAL DOCKET NO.: 13-31-JJB-RLB<br>JUDGE: JAMES JOSEPH BRADY<br>MAGISTRATE: RICHARD LEWIS BOURGEOIS, JR. |

**ORDER ON DEFENDANT'S MOTION TO DISCLOSE EVIDENCE PURSUANT TO FED. R. EVID. 404(B) WITH INCORPORATED MEMORANDUM IN SUPPORT**

**IN CONSIDERATION** of the Motion to Disclose Evidence Pursuant to Fed. R. Evid. 404(b) with Incorporated Memorandum in Support as filed by the Defendant / Accused, **Michael S. Procell**; and,

**IN CONSIDERATION** of the facts as alleged therein and the law and equities applicable thereunto:

**IT IS HEREBY ORDERED** that the Petitioner, United States of America, shall immediately and perpetually disclose any and all evidence it has concerning other crimes, wrongs, acts or uncharged criminal conduct which it intends to offer in its case-in-chief as to Defendant Michael S. Procell, reserving unto Defendant Procell the right to request a hearing regarding the admissibility of same upon disclosure thereof and the further right to request a limiting instruction to the jury such that the jury may consider said evidence only for the limited and restricted purpose for which it was admitted or for such other jury instruction as may be appropriate and proper, and for all other relief as may be allowed by law and/or equity.

**THUS DONE, SIGNED, ORDERED, ADJUDGED, AND DECREED** on this the _____ day of

_____, 201\_\_\_\_, in the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

_____
Honorable Judge James J. Brady
United States District Court
Middle District of Louisiana