# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE EVIDENCE PURSUANT TO FED.R.EVID. 404(b)

**MAY IT PLEASE THE COURT:**

Defendant has filed a motion for disclosure of 404(b) evidence. At this time, the United States is unaware of any evidence of other crimes, wrongs, or acts which would fall within the scope of Rule 404(b). Should the United States become aware of such evidence, it will notify defendant pursuant to the provisions of the Rule.

The United States therefore submits that the motion should be denied.

    Respectfully submitted,

    J. WALTER GREEN
    ACTING UNITED STATES ATTORNEY

    /s/ M. Patricia Jones
    M. Patricia Jones, LBN 18543
    Reginald E. Jones, MSBN 102806
    Assistant United States Attorneys
    777 Florida Street, Suite 208
    Baton Rouge, Louisiana 70801
    Telephone: (225) 389-0443
    Fax: (225) 389-0561
    E-mail: patricia.jones4@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-31-JJB-RLB |
| | : | |
| MICHAEL S. PROCELL | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2013, a copy of the foregoing United States' Response to Defendant's Motion to Disclose Evidence Pursuant to Fed.R.Evid. 404(b) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to defense counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 7th day of October, 2013.

/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Assistant United States Attorney