UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MICHAEL S. PROCELL

CRIMINAL ACTION

NO. 13-31-JJB

## O R D E R

Considering the motion by defendant Procell to continue the trial date;

THE COURT FINDS, considering the factors enumerated in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by continuing the trial, outweigh the best interest of the public and the defendant in a speedy trial.

The factors considered in making this determination include the following: that defendant was provided 1,152 pages of discovery on September 10; defendant was provided the Source File Summary on Mr. Saymeh on September 11; defendant was provided additional DOTD discovery materials on October 12; defense counsel claims that much of this evidence is relevant to the defense of entrapment and that counsel needs additional time to adequately prepare for trial. Consequently, the court finds that the failure to grant the continuance would result in miscarriage of justice because defense counsel would be deprived of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the period of delay resulting from continuance of the trial be and is hereby deemed excludable in computing the time within which the trial must be commenced.

The trial is hereby rescheduled from the October 15, 2013 trial date to January 6, 2014, at 9:00 a.m.

Baton Rouge, Louisiana, October 16, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA